KENNETH JONES ET AL. *v.* ALLAN A. CRYSTAL, COMMISSIONER OF REVENUE SERVICES

The plaintiffs' petition for certification for appeal from the Appellate Court, 47 Conn. App. 694 (AC 15799), is denied.

*Dana Shaw MacKinnon*, in support of the petition.

*Jonathon L. Ensign*, assistant attorney general, in opposition.

Decided May 7, 1998